BUFFALO COURIER-EXPRESS, INCORPORATED, Respondent, v. COUNTY OF ERIE,

Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.